*E-FILED - 2/15/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIAN GAGO DE MEDEIROS, | ) | No. C 10-5500 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| SUPERIOR COURT, | ) | |
| | ) | |
| Respondent. | ) | |

This action is dismissed as duplicative of an earlier-filed action. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/14/11

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.10\Medeiros500jud.wpd